UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
August 29, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FREDY FIGUEROESPINO,<br><br>Defendant. | Case No. 2:25-cr-00175-TLN<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  FREDY FIGUEROESPINO ,

Case No. 2:25-cr-00175-TLN , Charge 8 USC 1326(a), from custody for the following reasons:

       Release on Personal Recognizance

       Bail Posted in the Sum of $

  X   Unsecured Appearance Bond $   55,000.00

       Appearance Bond with 10% Deposit

       Appearance Bond with Surety

       Corporate Surety Bail Bond

  X   (Other):  The defendant's release is delayed until 09/02/2025 no later than 9:00 AM.

Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on August 29, 2025, at 2:45 PM.

By:  *Allison Claire*

Magistrate Judge Allison Claire