ERIC GRANT
United States Attorney
NICOLE MOODY
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:25-CR-0175-DC |
| Plaintiff, | ORDER DISMISSING INDICTMENT |
| v. | |
| FREDY FIGUEROESPINO, | |
| Defendant. | |

## **ORDER**

Based on the United States's Motion to Dismiss (Doc. No. 22), and pursuant to Rule 48 of the Federal Rules of Criminal Procedure, it is HEREBY ORDERED that the Indictment is dismissed against the above-captioned defendant; all pending deadlines and hearings, if any, are VACATED; and this case is CLOSED.

IT IS SO ORDERED.

Dated:    **January 20, 2026**

_____
Dena Coggins
United States District Judge

ORDER DISMISSING INDICTMENT                    1                    UNITED STATES V. FIGUEROESPINO